| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial) Kaplan, Lewis A | 2. Court or Organization U.S. District Court, S.D.N.Y. | 3. Date of Report 7/1#/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrat judges indica full- or part-time) United States District Judge | 5. ReportType (check appropriate type) ○ Nomination Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. Courthouse 500 Pearl Street New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Partner | Handy Place Investment Partnership |
| 2. Trustee | Trust u/w/o deceased relative |
| 3. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☒ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED Jul 20 11 04 AM '05 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kaplan, Lewis A | 7/16/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☒ NONE . (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Various | Pension and retirement plan pmts - Random House, Inc. |
| 2. | 6-16-04 | Jury allowance |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason University Foundation, Inc. | 9/30-10/4/04 - Ja Jolla, CA, educational seminar (Transportation, room and board) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** – (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Minna Schrag & David Goldblatt | Engagement gift - pastry server | $50 |
| 2. | Diane Zimmerman & Cavin Leeman | Engagement gift - vase | $50 |
| 3. | Mr. & Mrs. David Spurr | Engagement gift - wine | $25 |
| 4. | Hon. Kimba Wood & Frank Richardson | Engagement gift | $50 |
| 5. | Mr. & rs. Michael Cook | Engagement gift - pair of glasses | $120 |
| 6. | Trudi Schutz | Wedding gift - serving dish | $500 |
| 7. | Mr. & Mrs. Peter Richard | Wedding gift - porcelain bowl and photo album | $1,650 |
| 8. | Hon. Loretta Preska & Tom Kavaler | Wedding gift - picture frame | $450 |
| 9. | Minna Schrag & David Goldblatt | Wedding gift - candlesticks | $125 |
| 10. | Zack Richard | Wedding gift - photograph | $25 |
| 11. | Mr. & Mrs. Arthur Leary | Wedding gift - vase | $200 |
| 12. | Mr. & Mrs. Peter Felcher | Wedding gift - pair of glasses | $300 |
| 13. | Prof. & Mrs. Charles Peskin | Wedding gift - gift certificate | $250 |
| 14. | Hon. Paul Borman | Wedding gift - gift certificate | $100 |
| 15. | Hon. & Mrs. Daniel Fitzgerald | Wedding gift - six glasses | $100 |
| 16. | Moses Silverman & Betty Robbins | Wedding gift - platter | $250 |
| 17. | Mr. & Mrs. Toby Meyerson | Wedd g gift - vase | $100 |
| 18. | Marcia Chambers & Stanton Wheeler | Wedding gift - salad bowls | $125 |
| 19. | Mr. & Mrs. Martin London | Wedding gift - candlesticks | $150 |
| 20. | David Burnham & Joann Omang | Wedding gift - books | $100 |
| 21. | Mr. & rs. Alan Edelson | Wedding gift - floral arrangement | $100 |
| 22. | Mr. & Mrs. Jay Topkis | Wedding gift - wine | $100 |
| 23. | Kate Woodman & Walter P. Loughlin | Wedding gift - tablecloth | $250 |
| 24. | Diane Zimmerman & Cavin Leeman | Wedding gift - table linens | $200 |
| 25. | Mr. & Mrs. Matthew Nimitz | Wedding gift - plates and bowls | $100 |
| 26 | Hon. & rs. Leonard B. Sand | Wedding gift - coasters | $25 |
| 27. | Dr.& Mrs. Sanders Borisoff | Wedding gift - picture frame | $125 |
| 28. | Mr. & Mrs. Jack Auspitz | Wedding gift - placemats | $100 |
| 29. | Rena Zurofsky | Wedding gift - bowl and platter | $125 |

| No. | Donor | Description | Value |
|---|---|---|---|
| 30. | Dan Dwyer & Jim Montenari | Wedding gift - brandy snifters | $175 |
| 31. | Mr. & Mrs. David Haab | Wedding gift - plants | $100 |
| 32. | Phyliss Toner | Wedding gift - glass bowl | $100 |
| 33. | Mr. & Mrs. Jay Greenfield | Wedding gift - orchid | $50 |
| 34. | Jane W. Parver | Wedding gift - picture frame | $125 |
| 35. | Martin Flumenbaum & Ruth Hochberger | Wedding gift - wine | $300 |
| 36. | Mr. & Mrs. Steven Dignam | Wedding gift - wine | $40 |
| 37. | Mr. & Mrs. Mark Berger | Wedding gift - napkin rings | $100 |
| 38. | Melissa Davis & Peter Richmond | Wedding gift - brass pitcher and flowers | $75 |
| 39. | Joseph Lelyveld | Wedding gift - bowl | $195 |
| 40. | Patricia Hynes & Roy Reardon | Wedding gift - glass bowl | $290 |
| 41. | Mr. & Mrs. George Felleman | Wedding gift - glass bowl | $125 |
| 42. | Sara Moss | Wedding gift - wine glasses | $225 |
| 43. | Mr. & Mrs. David Spurr | Wedding gift - picture frame | $50 |
| 44. | Hon. Naomi Buchwald & Don Buchwald | Wedding gift - picture frame | $75 |
| 45. | Helen Hershkoff & Stephen Loffredo | Wedding gift - cake knife and server | $250 |
| 46. | Mr. & Mrs. Rainald Roesch | Wedding gift - serving implements | $150 |
| 47. | Mr. & Mrs. Bruce Brown | Wedding gift - bowl | $40 |
| 48. | Clare de Zengotita | Wedding gift - carved bone plaque | $50 |
| 49. | Hon. Denise Cote & Howard Maltby | Wedding gift - glasses | $100 |
| 50. | Mr. & Mrs. Henry F. White, Jr. | Wedding gift - planter | $100 |
| 51. | Mr. & Mrs. Earl Menard | Wedding gift - vase | $150 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Revolving credit agreement | None |
| 2. | Merrill Lynch | Loan | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 7/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Citibank accounts | A | Interest | J | T | | | | | |
| 2. NYS MCFFA 5.375 04 | A | Interest | | | Redemption | 2-17 | K | A | |
| 3. Albany Co 5.0 04 | B | Interest | | | Redemption | 10-1 | K | B | |
| 4. NYS Mtg Ser 29A 4.7 05 (E) | A | Interest | | | Redemption | 2-2 | K | A | |
| 5. Port Auth NY&NJ 4.8 05 (E) | A | Interest | | | Redemption | 3-1 | K | A | |
| 6. Port Auth NY&NJ 4.8 05 | A | Interest | | | Redemption | 3-1 | K | B | |
| 7. NYS HFA U Con 6.5 06 (E) | A | Interest | | | Redemption | 11-1 | J | A | |
| 8. Kinderhook CSD 6 07 (E) | B | Interest | K | T | None | | | | |
| 9. NYS Pwr A Ser D 5.875 10 (E) | A | Interest | J | T | None | | | | |
| 10. NYS Pwr A GP 5.375 10 | B | Interest | K | T | None | | | | |
| 11. NYS Pwr A Ser GP 5.5 10(E) | A | Interest | J | T | None | | | | |
| 12. NYS Pwr A Ser F 5.5 10 | B | Interest | | | Redemption | 1-2 | J | A | |
| 13. ML CMA Tax Exempt Fund | A | Dividend | | | Closed | 1-29 | | | |
| 14. Mun Inv Trust Ser A NY | A | Interest | J | T | Pt Redempt | 2-25 | J | A | |
| 15. | | | | | Pt Redempt | 4-26 | J | A | |
| 16. | | | | | Pt Redempt | 5-25 | J | A | |
| 17. | | | | | Pt Redempt | 10-26 | J | A | |
| 18. | | | | | Pt Redempt | 12-27 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash-Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 7/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. PW 1982 EES lim ptn | | None | J | W | None | | | | |
| 20. PW 1986 EES lim ptn | | None | J | W | None | | | | |
| 21. Handy Place Invest Part | | None | J | W | None | | | | |
| 22. 20th Cent Ultra F | | None | M | T | None | | | | |
| 23. Met Tran NY 5.9 08 | B | Interest | | | Redemption | 7-1 | K | A | |
| 24. MTA NY 5.9 08 (E) | B | Interest | | | Redemption | 7-1 | K | A | |
| 25. Nassau Co. 5.7 09 | C | Interest | | | Redemption | 8-2 | L | A | |
| 26. NYS MCFFA 5.55 06 | C | Interest | | | Redemption | 8-16 | K | B | |
| 27. Westchester Co 5.6 07 | B | Interest | K | T | None | | | | |
| 28. NYS Env Fac 4.65 04 | B | Interest | | | Redemption | 11-15 | K | C | |
| 29. Clarkstown 5.6 08 | D | Interest | M | T | None | | | | |
| 30. Suffolk Co 5.875 08 | B | Interest | | | Redemption | 4-1 | L | A | |
| 31. NYC Mun Wtr 5.375 07 | A | Interest | J | T | Pt Redempt | 6-15 | K | A | |
| 32. NYC Mun Wtr 5.375 07 (E) | B | Interest | K | T | Pt Redempt | 6-15 | J | A | |
| 33. NYS MCFFA 5.125 12 | C | Interest | L | T | None | | | | |
| 34. NYS Twy 5.0 08 | B | Interest | L | T | None | | | | |
| 35. NYS MCFFA 5.375 14 (E) | A | Interest | | | Redemption | 2-17 | K | A | |
| 36. Oneida 6.4 06 | | None | K | T | None | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 7/14/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Kinderhook CSD 6 07 | A | Interest | J | T | None | | | | |
| 38. Ramapo 5.6 08 | A | Interest | J | T | None | | | | |
| 39. NYS UDC 5.4 06 | B | Interest | K | T | None | | | | |
| 40. Nassau Co 5.125 13 | C | Interest | L | T | None | | | | |
| 41. NYS HFA 6.4 07 | A | Interest | | | Redemption | 5-3 | J | A | |
| 42. NYS Mtg Agy 4.7 05 | A | Interest | | | Redemption | 2-2 | J | B | |
| 43. NYS Dorm 5.7 10 | A | Interest | J | T | None | | | | |
| 44. Chicago Pub Hsg 5.0 04 | | None | | | Redemption | 6-1 | J | A | |
| 45. NYS MCFFA 5.0 13 | B | Interest | | | Pt Redempt | 9-2 | K | A | |
| 46. | | | | | Redemption | 11-1 | J | A | |
| 47. NYC Mun Wtr 5.5 12 | B | Interest | | | Redemption | 6-15 | L | A | |
| 48. NYS LGAC 5.375 14 | B | Interest | | | Redemption | 4-1 | K | B | |
| 49. Cpn Treas Rec 0% 09 | | None | | | Sale | 5-4 | M | F | |
| 50. US Treas Strips 0% 10 | | None | | | Sale | 5-4 | L | E | |
| 51. NYS Dorm 5.375 14 | C | Interest | L | T | None | | | | |
| 52. US Treas strips 0% 11 | | None | | | Sale | 5-4 | L | E | |
| 53. NYS Dorm 5.125 08 | D | Interest | M | T | None | | | | |
| 54. NYS Dorm 5.25 13 | C | Interest | L | T | None | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,901-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B3 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 7/18/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Fidelity Fund | D | Distribution | N | T | None | | | | |
| 56. Fidelity Large Cap Fund | C | Distribution | N | T | None | | | | |
| 57. Triboro BTA 4.5 13 (E) | B | Interest | K | T | None | | | | |
| 58. Puerto Rico MFA 5.5 09 (E) | B | Interest | K | T | None | | | | |
| 59. NYS Dorm 5.125 11 (E) | C | Interest | L | T | None | | | | |
| 60. Triboro BTA 4.3 11 | A | Interest | K | T | None | | | | |
| 61. Triboro BTA 4.75 16 | A | Interest | K | T | None | | | | |
| 62. NYC Mun Wtr 4.9 13 | B | Interest | L | T | None | | | | |
| 63. Commack UFSD 4.375 13 | D | Interest | M | T | None | | | | |
| 64. NYS Mtg Agy 5.45 12 | D | Interest | M | T | None | | | | |
| 65. NYS Twy 5.125 13 | C | Interest | M | T | None | | | | |
| 66. So Glens Falls CSD 5.25 14 | C | Interest | L | T | None | | | | |
| 67. NY Tran at MTA 5.2 10 | D | Interest | M | T | None | | | | |
| 68. NYS Env Fac 5.125 11 | C | Interest | L | T | None | | | | |
| 69. NYS Dorm 5.125 11 | D | Interest | M | T | None | | | | |
| 70. NYS Dorm 5.1 12 (E) | B | Interest | K | T | None | | | | |
| 71. NYS Env Fac 4.55 13 | B | Interest | L | T | None | | | | |
| 72. NYS Env Fac 4.95 17 | C | Interest | L | T | None | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   ● = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  ● = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. ML Bk/B&T RASP | A | Interest | J | T | | | | | |
| 74. NYC Trans 5.0 19 | C | Interest | M | T | None | | | | |
| 75. Greece CSD 4.5 17 | C | Interest | M | T | None | | | | |
| 76. NYS Env Fac 4.2 12 | C | Interest | M | T | None | | | | |
| 77. MTA 4.0 12 | C | Interest | M | T | None | | | | |
| 78. MTA 4.0 13 | C | Interest | M | T | None | | | | |
| 79. NYC 4.375 11 (E) | C | Interest | M | T | None | | | | |
| 80. FNMA 5.0 12 | D | Interest | M | T | None | | | | |
| 81. NM Bank Amer 6.5 17 | D | Interest | M | T | None | | | | |
| 82. ML Bank (E) | A | Interest | K | T | | | | | |
| 83. Triboro BTA 3.75 13 | C | Interest | M | T | None | | | | |
| 84. William Floyd UFSD 4.125 15 | C | Interest | M | T | None | | | | |
| 85. MTA 5.0 23 | C | Interest | M | T | None | | | | |
| 86. GECC 4.75 13 | D | Interest | M | T | None | | | | |
| 87. Pacific Innov Select annuity | | None | M | T | None | | | | |
| 88. Provident Bank 5.0 15 | C | Interest | L | T | None | | | | |
| 89. FHLMC multi % 18 | D | Interest | M | T | None | | | | |
| 90. Hudson United Bk 5.05 13 | C | Interest | K | T | None | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 7/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. NYC Ser J 4.625 18 | B | Interest | M | T | Buy | 5-14 | L | | |
| 92. NYS Dorm 5.0 19 | C | Interest | M | T | Buy | 5-18 | M | | |
| 93. MTA 4.75 26 | D | Interest | N | T | Buy | 5-14 | N | | |
| 94. Long Island Pwr 4.75 24 | | None | M | T | Buy | 8-11 | M | | |
| 95. NYS Dorm 4.75 25 | | None | M | T | Buy | 11-30 | M | | |
| 96. Western Bank Puerto Rico | A | Interest | K | T | Buy | 2-23 | K | | |
| 97. FNMA 5.55 14 | D | Interest | N | T | Buy | 5-3 | N | | |
| 98. NM Bank Amer 4.65 12 | A | Interest | K | T | Buy | 9-3 | K | | |
| 99. Capitol One Bk 4.75 10 | C | Interest | L | T | None | | | | |
| 100. ML Bank | D | Interest | P1 | T | | | | | |
| 101. Port Auth NY&NJ 4.2 19 (E) | B | Interest | M | T | Buy | 1-22 | M | | |
| 30. NYS Dorm 4.625 18 (E) | | None | M | T | Buy | 6-14 | L | | |
| 103. Prudential Ins Co guar inv acct | E | Interest | N | T | | | | | |
| 104. Prudential Fin Inc stock | A | Dividend | J | T | None | | | | |
| 105. Fidelity Eq Income Fund | B | Distribution | L | T | None | | | | |
| 106. Fidelity US Govt Reserves Fund | A | Distribution | K | T | None | | | | |
| 107. ML Bank USA RASP | A | Dividend | K | T | Open | 4-15 | K | | |
| 108. Schwab Money Mkt | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and B3) J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 7/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Schwab Money Mkt (IRA) | A | Dividend | K | T | | | | | |
| 110. JP Morgan Chase acct | D | Interest | O | T | | | | | |
| 111. NY Life whole life policies | B | Dividend | F | T | None | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash Market | |

# VII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1.  I was married during 2004. Assets listed in Part VII, lines 103 through 110 belong to my spouse and appear in my report for the first time.
2.  (E) designates assets held as trustee c/w/o deceased relative
3.  Values listed in Part V are estimates.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _July 14, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544